UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

GRETCHEN CRISTINE BLACK,

Debtor(s).

Chapter 13

Case No. 10-24301

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF PROCEEDINGS

TO THE DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, ALL CREDITORS, AND ALL OTHER INTERESTED PARTIES:

YOU ARE HEREBY GIVEN NOTICE that Condominium Law Group, PLLC and Valerie Farris Oman of Condominium Law Group hereby appear in the above-entitled proceedings on behalf of Tiburon East Condominium Association, Creditor, to represent its interests in these proceedings.

IN ADDITION, YOU ARE REQUESTED to serve a copy of each notice of any proceedings, hearing, and/or report in this matter, including but not limited to notices required by Bankruptcy Rules 2002 and 3017(a), and the Local Rules of the Bankruptcy Court, upon the undersigned counsel at the following address: 10310 Aurora Avenue North, Seattle, WA 98133.

///

///

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE OF PROCEEDINGS - Page 1 of 2

Condominium Law Group, PLLC
10310 Aurora Avenue North
Seattle, WA 98133
(206) 633-1520

This request for notice is in addition to, and not in lieu of, any notice to which Tiburon East Condominium Association is otherwise entitled to receive of these proceedings.

DATED this 23 day of December 2010.

CONDOMINIUM LAW GROUP, PLLC

*Valerie Farris Oman*
Valerie Farris Oman, WSBA #37237
Attorneys for Creditor Tiburon East
Condominium Association

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE OF PROCEEDINGS - Page 2 of 2

Condominium Law Group, PLLC
10310 Aurora Avenue North
Seattle, WA 98133
(206) 633-1520